No. 79–500. DAVANNE REALTY CO. ET AL. *v.* MAYOR OF MONTVILLE TOWNSHIP ET AL. Super. Ct. N. J. Certiorari denied.

No. 79–532. HARTE *v.* COUNTY OF LOS ANGELES. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 79–587. PINERO ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–596. PEACH *v.* GOVERNMENT OF THE CANAL ZONE. C. A. 5th Cir. Certiorari denied.

No. 79–634. QUINZIO *v.* MILLER ET AL. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 79–5183. FERRELL *v.* DOWNES, PENITENTIARY SUPER-INTENDENT. Sup. Ct. Va. Certiorari denied.

No. 79–5218. BURKS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 79–5236. BROWN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 79–5241. JONES ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 79–5270. CLAYTON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–5275. HUFF *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 79–5283. DEMANDRE *v.* HARRIS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 5th Cir. Certiorari denied.